**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

SHARON NIXON-CRENSHAW, Derivatively on
behalf of DYCOM INDUSTRIES, INC.,

    Plaintiff,

v.

STEPHEN C. COLEY, DWIGHT B. DUKE, EITAN
GERTEL, ANDERS GUSTAFSSON, PATRICIA L.
HIGGINS, STEVEN E. NIELSON, PETER T.
PRUITT, JR., RICHARD K. SYKES, LAURIE J.
THOMSEN, and CHARLES B. COE,

    Defendants, and

DYCOM INDUSTRIES, INC.,

    Nominal Defendant.
_____/

Case No.: 18-cv-25289-SINGHAL

TERRY WHITE AND CHRIS PERKINS,
Derivatively on behalf of Nominal Defendant
DYCOM INDUSTRIES, INC.,

    Plaintiffs,

v.

STEVEN E. NIELSEN, H. ANDREW DEFERRARI,
DWIGHT B. DUKE, EITAN GERTEL, ANDERS
GUSTAFSSON, PATRICIA L. HIGGINS,
RICHARD K. SYKES, LAURIE J. THOMSEN,
CHARLES B. COE, and STEPHEN C. COLEY,

    Defendants, and

DYCOM INDUSTRIES, INC.,

    Nominal Defendant.
_____/

Case No.: 20-cv-21952-SINGHAL

**ORDER**

**THIS CAUSE** came before the Court on the Unopposed Motion to Lift Stay of *Nixon-Crenshaw* Action and for Consolidation of Related Actions ("Motion") (DE [23]) in case number 18-cv-25289, and a *sua sponte* review of the records of the respective above-styled cases. Good cause appears that consolidation of the above-styled cases is appropriate to avoid unnecessary duplication of judicial labor and effort. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion (DE [23]) in case number 18-cv-25289 is **GRANTED**. It is further **ORDERED** accordingly:

1. The stay in case number 18-cv-25289-SINGHAL is lifted.

2. The above-styled cases are consolidated. The Clerk of the Court is instructed to **CLOSE** the following case for administrative purposes **only**: **20-cv-21952-SINGHAL**.

3. All future filings in these cases shall be made under case number 18-cv-25289-SINGHAL *only* and shall bear the case style and caption displayed on this order.

4. All parties shall meet and confer within thirty (30) days of this order regarding the schedule for the filing of a consolidated complaint and of defendants' responsive pleadings to the consolidated complaint. Any defendant who has been properly served, has agreed to accept service, or who is served in the future, need only respond, plead, move, or answer to the consolidated complaint.

5. The Clerk of Court shall file a copy of this order in the docket of case number 20-cv-21952-SINGHAL.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 12th day of June 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF