UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SHARON NIXON-CRENSHAW, Derivatively on
behalf of DYCOM INDUSTRIES, INC.,

    Plaintiff,

v.

STEPHEN C. COLEY, DWIGHT B. DUKE, EITAN
GERTEL, ANDERS GUSTAFSSON, PATRICIA L.
HIGGINS, STEVEN E. NIELSON, PETER T.
PRUITT, JR., RICHARD K. SYKES, LAURIE J.
THOMSEN, and CHARLES B. COE,

    Defendants, and

DYCOM INDUSTRIES, INC.,

    Nominal Defendant.
_____/

Case No.: 18-cv-25289-SINGHAL

TERRY WHITE AND CHRIS PERKINS,
Derivatively on behalf of Nominal Defendant
DYCOM INDUSTRIES, INC.,

    Plaintiffs,

v.

STEVEN E. NIELSON, H. ANDREW DEFERRARI,
DWIGHT B. DUKE, EITAN GERTEL, ANDERS
GUSTAFSSON, PATRICIA L. HIGGINS,
RICHARD K. SYKES, LAURIE J. THOMSEN,
CHARLES B. COE, and STEPHEN C. COLEY,

    Defendants, and

DYCOM INDUSTRIES, INC.,

    Nominal Defendant.
_____/

Case No.: 20-cv-21952-SINGHAL

**JOINT NOTICE OF SETTLEMENT**

All the parties[1] in these consolidated actions (the "Parties"), hereby notify this Honorable Court pursuant to Local Rule 16.4, that the Parties have reached an agreement to settle this Action (the "Settlement"), subject to the execution and submission to the Court of a detailed Stipulation of Settlement, and Court approval of the Settlement pursuant to Fed. R. Civ. P. 23.1 ("Rule 23.1"). The Parties further state as follows:

1. As the Parties have previously advised the Court, they have been in ongoing settlement discussions in a mediation overseen by mediator Michelle Yoshida. On Friday, April 16, 2021, the Parties reached an agreement to fully settle and resolve this action.

2. The Parties will prepare, and file, a detailed Stipulation of Settlement that memorializes the terms of the Settlement.

3. Upon execution of the Stipulation of Settlement, Plaintiffs will promptly seek preliminary approval of the Settlement, including notice to shareholders, pursuant to Rule 23.1.

April 20, 2021

By: /s/ Scott D. Egleston
    Scott D. Egleston

**LAW OFFICES OF SCOTT EGLESTON, P.A.**
152 N.E. 167th Street, Suite 300
Miami, FL 33162
Telephone: (305) 892-8088
Facsimile: (305) 675-3730
Email: scott@eglestonlegal.com

By: /s/ Joanne M. O'Connor
    Joanne M. O'Connor

**JONES FOSTER P.A.**
Scott G. Hawkins, Esq.
Florida Bar No. 0460117
Joanne M. O' Connor, Esq.
Florida Bar No. 0498807
505 South Flagler Drive, Suite 1100
West Palm Beach, FL 33401
Telephone: (561) 659-3000

---

[1] The parties are: Plaintiffs Sharon Nixon-Crenshaw, Terry White, and Chris Perkins (collectively, "Plaintiffs"), Defendants Steven E. Nielsen, Peter T. Pruitt, Jr., Dwight B. Duke, Eitan Gertel, Anders Gustafsson, Patricia L. Higgins, Richard K. Sykes, Laurie J. Thomsen, Charles B. Coe, and Stephen Coley (collectively, "Individual Defendants"), and Nominal Defendant Dycom Industries, Inc, ("Dycom"; together with Plaintiffs and Individual Defendants, the "Parties").

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Attorneys for Plaintiff Sharon Nixon-Crenshaw*

**GLANCY PRONGAY & MURRAY LLP**
Matthew M. Houston
Benjamin I. Sachs-Michaels
712 Fifth Avenue
New York, NY 10019
Telephone: (212) 935-7400
E-mail: bsachsmichaels@glancylaw.com

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 210-9160
E-mail:  rprongay@glancylaw.com

*Attorneys for Plaintiffs Terry White and Chris Perkins*

Facsimile: (561) 650-5300
Email: shawkins@jonesfoster.com
Email: joconnor@jonesfoster.com

**SHEARMAN & STERLING LLP**
Alan S. Goudiss*
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4000
Fax: (212) 848-7179
Email: agoudiss@shearman.com
**pro hac vice* appearance

*Attorneys for Individual Defendants and Nominal Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of April, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> Jones Foster P.A.
> 505 South Flagler Drive, Suite 1100
> West Palm Beach, Florida 33401
> Tel: (561) 659-3000
> Fax: (561) 650-5300
>
> By: /s/ Joanne M. O'Connor
> **Scott G. Hawkins, Esq.**
> **Florida Bar No. 0460117**
> shawkins@jonesfoster.com
> **Joanne M. O'Connor, Esq.**
> **Florida Bar No. 0498807**
> joconnor@jonesfoster.com
>
> Alan S. Goudiss*
> Shearman & Sterling LLP
> 599 Lexington Avenue
> New York, NY 10022
> Tel: (212) 848-4000
> Fax: (212) 848-7179
> agoudiss@shearman.com
> *pro hac vice appearance
> *Attorneys for Defendants and Nominal Defendant*

## Case No.: 18-cv-25289-SINGHAL
## SERVICE LIST

| | |
|---|---|
| Scott D. Egleston, Esquire<br>LAW OFFICES OF SCOTT EGLESTON, P.A.<br>152 N.E.167th Street, Suite 300<br>Miami, Florida 33162<br>(305) 892-8088<br>(305) 675-3730 fax<br>scott@eglestonlegal.com<br>*Attorneys for Plaintiff*<br><br>Thomas J. McKenna, Esquire<br>Gregory M. Egleston, Esquire<br>GAINEY McKENNA & EGLESTON<br>440 Park Avenue South, 5th Floor<br>New York, New York 10016<br>(212) 983-1300<br>(212) 983-0383 fax<br>tjmckenna@gme-law.com<br>gegleston@gme-law.com<br><br>Matthew M. Houston, Esquire<br>Benjamin I. Sachs-Michaels, Esquire<br>GLANCY PRONGAY & MURRAY LLP<br>712 Fifth Avenue<br>New York, New York 10019<br>(212) 935-7400<br>bsachsmichaels@glancylaw.com<br>*Attorneys for Plaintiff*<br><br>Robert V. Prongay<br>Pavithra Rajesh<br>GLANCY PRONGAY & MURRAY LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>(310) 201-9150<br>rprongay@glancylaw.com<br>*Attorneys for Plaintiff* | Scott G. Hawkins, Esquire<br>Joanne M. O'Connor, Esquire<br>JONES FOSTER P.A.<br>505 South Flagler Drive<br>Suite 1100<br>West Palm Beach, FL 33401<br>(561) 659-3000<br>(561) 650-5300 fax<br>shawkins@jonesfoster.com<br>joconnor@jonesfoster.com<br>*Attorneys for Defendants and Nominal Defendant*<br><br>Alan S. Goudiss*<br>SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000<br>(212) 848-7179 fax<br>agoudiss@shearman.com<br>*Attorneys for Defendants and Nominal Defendant*<br>*Pro Hac Vice Appearance |

P:\DOCS\22227\00007\PLD\22L4922.DOCX