UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-25289-CIV-SINGHAL/GOODMAN &
CASE NO. 20-21952-CIV-SINGHAL/TORRES

SHARON NIXON-CRENSHAW,
derivatively on behalf of Dycom Industries, Inc.,

    Plaintiff,

v.

STEPHEN C. COLEY, DWIGHT B. DUKE, EITAN
GERTEL, ANDERS GUSTAFSSON, PATRICIA L.
HIGGINS, STEVEN E. NIELSON, PETER T.
PRUITT, JR., RICHARD K. SYKES, LAURIE J.
THOMSEN, and CHARLES B. COE,

    Defendants, and

DYCOM INDUSTRIES, INC.,

    Nominal Defendant.
_____/

TERRY WHITE and CHRIS PERKINS,
derivatively on behalf of Dycom Industries, Inc.,

    Plaintiffs,

v.

STEVEN E. NIELSEN, H. ANDREW DEFERRARI,
DWIGHT B. DUKE, EITAN GERTEL, ANDERS
GUSTAFSSON, PATRICIA L. HIGGINS,
RICHARD K. SYKES, LAURIE J. THOMSEN,
CHARLES B. COE, and STEPHEN C. COLEY,

    Defendants, and

DYCOM INDUSTRIES, INC.,

    Nominal Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the parties' Joint Notice of Settlement (DE [40]) filed

in 18-25289-CIV-SINGHAL/GOODMAN.  The parties report that they have all agreed to settle the two above-captioned actions, conditioned on the Court's approval of the settlement under Federal Rule of Civil Procedure 23(e).  The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the two above-captioned actions are administratively **CLOSED** without prejudice for the parties to file a stipulation of settlement within **30 days** of the date of this Order.  If the parties fail to complete the expected settlement, any party may request the Court to reopen the case.  Furthermore, the Court retains jurisdiction over the case until the settlement is consummated.  The Clerk of Court shall **CLOSE** the above-styled actions for administrative purposes only.  Any pending motions are **DENIED AS MOOT**.  The Clerk is also directed to docket a copy of this Order in both cases.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 21st day of April 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF