UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SHARON NIXON-CRENSHAW, Derivatively on behalf of DYCOM INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN C. COLEY, DWIGHT B. DUKE, EITAN GERTEL, ANDERS GUSTAFSSON, PATRICIA L. HIGGINS, STEVEN E. NIELSON, PETER T. PRUITT, JR., RICHARD K. SYKES, LAURIE J. THOMSEN, and CHARLES B. COE, <br><br> Defendants, <br><br> and <br><br> DYCOM INDUSTRIES, INC., <br><br> Nominal Defendant. | Case No. 18-25289-CIV-SINGHAL/GOODMAN |
| TERRY WHITE AND CHRIS PERKINS, Derivatively on behalf of DYCOM INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN E. NIELSEN, H. ANDREW DEFERRARI, DWIGHT B. DUKE, EITAN GERTEL, ANDERS GUSTAFSSON, PATRICIA L. HIGGINS, RICHARD K. SYKES, LAURIE J. THOMSEN, CHARLES B. COE, and STEPHEN C. COLEY, <br><br> Defendants, <br><br> and <br><br> DYCOM INDUSTRIES, INC., <br><br> Nominal Defendant. | Case No. 20-21952-CIV-SINGHAL/GOODMAN |

## FINAL JUDGMENT

**THIS CAUSE** is before the Court following entry of the Court's Order Approving Derivative Settlement and Dismissing Action with Prejudice (DE [68]). The Court enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58(a). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

1. This Final Judgment incorporates by reference the Court's September 30, 2021 Order Approving Derivative Settlement Dismissing Action with Prejudice (DE [68]).

2. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 30th day of September 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF